IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

v.                                         Case No. 4:24-cv-7-AW-MAF

**SEAN "P.DIDDY" COMBS,**
**BAD BOY ENTERTAINMENT,**
**and ATLANTIC RECORDS,**

    **Defendants.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 6) and incorporate it into this order. Plaintiff has filed no objection. (He did file a notice of appeal of the magistrate judge's nonfinal order, but the Eleventh Circuit has since dismissed that appeal.)

The clerk will enter a judgment that says, "This case is dismissed without prejudice under the first-filed rule." The clerk will then close the file.

SO ORDERED on April 11, 2024.

                                                      s/ *Allen Winsor*
                                                      United States District Judge